JUDGE KOELTL

08 CIV 5842

Tyler P. Brown (to be admitted *pro hac vice*)
Edward L. Douma (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

-and-

Peter S. Partee
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000



RECEIVED
JUN 27 2008
U.S.D.C. S.D. N.Y.
CASHIERS

*Attorneys for Plaintiff*
*XL CAPITAL ASSURANCE INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL CAPITAL ASSURANCE INC., <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC BANK, F.S.B., <br><br> Defendant. | 08-CV- <br><br> **Rule 7.1 Disclosure Statement** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that XL Capital Assurance Inc. is a wholly owned subsidiary of Security Capital Assurance, Ltd., a publicly traded corporation whose shares are listed on the New York Stock Exchange (NYSE: SCA). XL Capital Ltd owns 46.05% of Security Capital Assurance, Ltd. and is a publicly traded corporation whose shares are listed on the New York Stock Exchange (NYSE: XL). No corporation owns 10% or more of the XL Capital Ltd stock.

Dated: June 27, 2008

HUNTON & WILLIAMS LLP

_____
Peter S. Partee
Scott H. Bernstein
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000

-and-

Tyler P. Brown (to be admitted *pro hac vice*)
Edward L. Douma (to be admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Plaintiff*
*XL CAPITAL ASSURANCE INC.*