**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
XL CAPITAL ASSURANCE INC.,
        Plaintiff(s),

    -against-

INDYMAC BANK, F. S. B.,
        Defendant(s).
-------------------------------------------------------X

Index No. 08 CIV 5842

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                    S.S.:
COUNTY OF NEW YORK)

        ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of July 2008, at approximately 3:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1. DISCLOSURE STATEMENT, CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK** upon Indymac Bank, F. S. B. at 1301 Avenue of the Americas, 7th Floor, NYC 10019, by personally delivering and leaving the same with Anna Wiley, Receptionist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Anna Wiley is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 160 pounds with brown hair and brown eyes.

*Robert Mills* (signature)
ROBERT MILLS #1004298

Sworn to before me this
9th day of July 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com