UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL CAPITAL ASSURANCE INC., | |
| Plaintiff, | 08-CV-5842 (JGK) (AJP) |
| v. | ECF Case |
| INDYMAC BANK, F.S.B., | |
| Defendant. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff XL Capital Assurance Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
July 14, 2008

Respectfully submitted,

/s/ Scott H. Bernstein
Scott H. Bernstein
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0136
Telephone:  (212) 309-1000
Facsimile:  (212) 309-1875
sbernstein@hunton.com

*Attorneys for Plaintiff*
*XL CAPITAL ASSURANCE INC.*

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declare, pursuant to 28 U.S.C. § 1746, that on July 14, 2008, I served a true and complete copy of the attached Notice of Appearance on counsel of record via the Court's ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
July 14, 2008

/s/ Raymond E. Galbraith
Raymond E. Galbraith