UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

XL CAPITAL ASSURANCE INC., )
)
               Plaintiff, )  08-CV-5842 (JGK) (AJP)
)
v. )  ECF Case
)
INDYMAC BANK, F.S.B., )
)
               Defendant. )
———————————————————————

## ORDER FOR ADMISSION OF
## EDWARD L. DOUMA *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Scott H. Bernstein, attorney for Plaintiff XL Capital Assurance Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | Edward L. Douma |
| Firm Name: | HUNTON & WILLIAMS LLP |
| Address: | Riverfront Plaza, East Tower |
|  | 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Phone Number: | (804) 788-8200 |
| Fax Number: | (804) 788-8218 |
| E-mail address: | edouma@hunton.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff XL Capital Assurance Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/28/08
New York, New York

                                                  United States District /Magistrate Judge