Tyler P. Brown (to be admitted *pro hac vice*)
Edward L. Douma (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

-and-

Peter S. Partee
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
*XL CAPITAL ASSURANCE INC.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL CAPITAL ASSURANCE INC., <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC BANK, F.S.B., <br><br> Defendant. | 08-CV-5842 (JGK) (AJP) <br><br> ECF Case |

### MOTION TO ADMIT EDWARD L. DOUMA AS COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott H. Bernstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Edward L. Douma |
| Firm Name: | HUNTON & WILLIAMS LLP |
| Address: | Riverfront Plaza, East Tower |
| | 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Phone Number: | (804) 788-8200 |
| Fax Number: | (804) 788-8218 |
| E-mail address: | edouma@hunton.com |

Edward L. Douma is a member in good standing of the Bar of the Commonwealth of Virginia. Annexed hereto as <u>Exhibit 1</u> is a Certificate of Good Standing issued by the Virginia State Bar. There are no pending disciplinary proceeding against Edward L. Douma in any State or Federal court.

Dated: New York, New York
July 23, 2008

Respectfully submitted,

Scott H. Bernstein
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
*XL CAPITAL ASSURANCE INC.*



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT *EDWARD LEE DOUMA* IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. DOUMA** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON *OCTOBER 30, 1995*, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

*Issued July 18, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

Tyler P. Brown (to be admitted *pro hac vice*)
Edward L. Douma (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

-and-

Peter S. Partee
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
*XL CAPITAL ASSURANCE INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL CAPITAL ASSURANCE INC., <br><br>                    Plaintiff, <br><br> v. <br><br> INDYMAC BANK, F.S.B., <br><br>                    Defendant. | 08-CV-5842 (JGK) (AJP) <br><br> ECF Case |

### AFFIDAVIT OF SCOTT H. BERNSTEIN IN SUPPORT OF MOTION TO ADMIT EDWARD L. DOUMA AS COUNSEL *PRO HAC VICE*

State of New York   )
                    )   ss:
County of New York  )

Scott H. Bernstein, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Hunton & Williams LLP, counsel for Plaintiff XL Capital Assurance Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Edward L. Douma as counsel *pro hac vice* to represent Plaintiff XL Capital Assurance Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 22, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Edward L. Douma is a partner at Hunton & Williams LLP and his office is located in Richmond, Virginia.

4. I have known Edward L. Douma since May of 2008.

5. I have found Edward L. Douma to be a skilled attorney and a person of integrity. He is both experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Edward L. Douma, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Edward L. Douma, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Edward L. Douma, *pro hac vice*, to represent Plaintiff XL Capital Assurance Inc. in the above captioned matter, be granted.

Respectfully Submitted,

_____
Scott H. Bernstein

Sworn to and subscribed before me
this 23rd day of July, 2008

_____
Notary Public

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL CAPITAL ASSURANCE INC., <br><br> Plaintiff, <br><br> v. <br><br> INDYMAC BANK, F.S.B., <br><br> Defendant. | 08-CV-5842 (JGK) (AJP) <br><br> ECF Case |

### ORDER FOR ADMISSION OF
### EDWARD L. DOUMA *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Scott H. Bernstein, attorney for Plaintiff XL Capital Assurance Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

|   |   |
|---|---|
| Applicant's Name: | Edward L. Douma |
| Firm Name: | HUNTON & WILLIAMS LLP |
| Address: | Riverfront Plaza, East Tower |
|  | 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Phone Number: | (804) 788-8200 |
| Fax Number: | (804) 788-8218 |
| E-mail address: | edouma@hunton.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff XL Capital Assurance Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____
New York, New York

_____
United States District /Magistrate Judge

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff XL Capital Assurance Inc.

That on July 23, 2008, I served a true and complete copy of the attached Motion to Admit Edward L. Douma as Counsel *pro hac vice*, with attachments, on Defendant (not yet appeared), at the address listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2008.

Bradford C. Mulder

TO: IndyMac Bank, F.S.B
1301 Avenue of the Americas
7th Floor
New York, New York 10019