UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USPS
DO        NT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/31/08
```

---

XL CAPITAL ASSURANCE INC., )
)
Plaintiff, )
)
v. )
)
INDYMAC BANK, F.S.B., )
)
Defendant. )
)

08-CV-5842 (JGK) (AJP)

ECF Case

---

### ORDER FOR ADMISSION OF
### EDWARD L. DOUMA *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Scott H. Bernstein, attorney for Plaintiff XL Capital Assurance

Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Edward L. Douma |
| Firm Name: | HUNTON & WILLIAMS LLP |
| Address: | Riverfront Plaza, East Tower |
| | 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Phone Number: | (804) 788-8200 |
| Fax Number: | (804) 788-8218 |
| E-mail address: | edouma@hunton.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff XL Capital Assurance Inc., in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/30/08
New York, New York

_____
United States District /Magistrate Judge